1040

LOREN HOWE, ET AL, *Respondents,* v. AUGUSTA J.
CHARLES, *Defendant,* RED CARPET REALTY
GALLERY, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 845681, F. A. Walterskirchen, J. Pro Tem.,
entered October 3, 1980. *Affirmed* by unpublished opinion
per Callow, J., concurred in by Williams and Ringold, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. TONY
ELAS SATTERWHITE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–04249–8, James J. Dore, J., entered February 11, 1981. *Dismissed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent,* v. TERRANCE
MEATH SULLIVAN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79–1–00484–3, Jack P. Scholfield, J., entered
March 3, 1981. *Dismissed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent,* v. ARTHUR
ROLAND EPLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–03977–2, Francis E. Holman, J., entered
April 20, 1981. *Dismissed* by unpublished per curiam opinion.